IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Carlos Ocampo,

Plaintiff(s),

v.

Timothy D. Sickmeyer and Janel L. Forde,

Defendant(s).

Case No. 23-cv-1023
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other:  The Court denies Plaintiff's motion for sanctions. Pursuant to Plaintiff's notice, Plaintiff indicates that he will not be filing an amended complaint. Thus, the Court dismisses this matter without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for sanctions.

Date: 10/30/2023

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk